UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00020-FDW

| | | |
|---|---|---|
| **USA,** | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **DONALD EDWARD WILSON,** | ) | |
| Defendant(s). | ) | |

THE COURT, *sua sponte*, amends the Defendant's judgment to Time Served to allow the Defendant to be released from incarceration without a formal calculation by the Bureau of Prisons of time off for good behavior and/or credit for time served in state custody. Such a calculation will delay the Defendant's release beyond the term of imprisonment estimated by the Court when the Court handed down the original sentence.

IT IS SO ORDERED.

Signed: December 14, 2012

Frank D. Whitney
United States District Judge